

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DELFIDO AGUILAR ESCOBAR a/k/a DELFINO AGUILAR, on behalf of himself and all other Plaintiffs similarly situated known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>PASTA MIA, LTD., an Illinois Corporation, d/b/a PASTA MIA, and PETER CARUSO, an individual,<br><br>Defendants. | Case No. 16 CV 1909<br><br>Judge Harry D. Leinenweber |

## JOINT PROPOSED ORDER

This cause comes to be heard on Plaintiff and Defendants' Joint Motion for Approval of the Settlement Agreement and Release (the "Agreement") between Plaintiff, Delfido Aguilar Escobar a/k/a Delfino Aguilar, and Defendants, Pasta Mia, Ltd. and Peter Caruso. The Court having been fully advised and the Court having read and considered the Agreement, NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court has considered the Parties' arguments concerning whether the proposed settlement of this litigation on the terms and conditions provided for in the Agreement is fair, reasonable and adequate;

2. The Court hereby approves the Agreement and the terms set forth therein as being fair, reasonable and adequate. The Agreement is the result of arm's length negotiations and provides full relief to Delfido Aguilar Escobar; and

3. Plaintiff Delfido Aguilar Escobar's claims against Defendants are dismissed, initially without prejudice, said dismissal to automatically convert to with prejudice on June 30,

2016 unless Plaintiff files a motion to reinstate on or before June 30, 2016 for Defendants' failure to comply with the Settlement Payment, with each party to bear its own fees and costs in accordance with the Settlement Agreement.

SO ORDERED.

Entered on April 27th, 2016

By: _____
Hon. Harry D. Leinenweber
District Court Judge

Prepared by:
Antonio Caldarone
Matthew P. Kellam
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
*Attorneys for Defendants*

Approved by:
Timothy Nolan
Nicholas P. Cholis
Nolan Law Office
53 W. Jackson Blvd., Suite 1137
Chicago, IL 60604
(312) 322-1100
*Attorneys for Plaintiff*

2